UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION,    :

                Plaintiff,          :

                                  Civil Action
      v.                              :     No. 05-11805-NMG

RICHARD B. SELDEN,                     :

                Defendant.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for defendant Richard F. Selden

in the above-captioned action.

Dated: September 1, 2005
      Boston, Massachusetts

Respectfully submitted,

Thomas J. Dougherty (BBO #132300)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Richard F. Selden

## Certiifcate of Service

I, Justin J. Daniels, hereby certify that on September 1, 2005, I caused a true copy
of the foregoing Notice of Appearance to be served by hand delivery, upon Walter G. Ricciardi,
Esq., Frank C. Huntington, Esq., David E. Butler, Esq., Securities and Exchange Commission, 73
Tremont Street, Suite 600, Boston, MA 02108.

Dated: September 1, 2005

Justin J. Daniels