UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD B. SELDEN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11805-NMG<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, plaintiff Securities and Exchange Commission hereby demands a trial by jury of any issues triable of right by a jury.

Respectfully submitted,

*Frank C. Huntington*
Walter G. Ricciardi
District Administrator

Frank C. Huntington (BBO #544045)
Senior Trial Counsel

David E. Butler (BBO #549721)
Senior Enforcement Counsel

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
73 Tremont Street, Suite 600
Boston, MA 02108
(617) 573-8960 (Huntington)
(617) 573-8918 (Butler)
(617) 424-5940 (fax)

Dated: September 6, 2005

## CERTIFICATE OF SERVICE

I, Frank C. Huntington, certify that on September 6, 2005, the foregoing Plaintiff's Demand for Jury Trial was filed electronically with the Court. Notice will be sent by e-mail to all parties through the Court's electronic filing system, and the filing may be accessed through the Court's system. In addition, a paper copy was served by first-class mail to defendant's counsel of record at the address listed below:

Thomas J. Dougherty, Esq.
Justin J. Daniels, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA  02108

_____
Frank C. Huntington