UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE            :
COMMISSION,                        :
                                   :
                Plaintiff,         :     Civil Action
                                   :     No. 05-11805-NMG
        v.                         :
                                   :
RICHARD B. SELDEN,                 :
                                   :
                Defendant.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### DEFENDANT'S ASSENTED-TO MOTION TO AMEND CAPTION

Defendant Richard F. Selden hereby moves this Court for an order amending the caption in this matter to correct Defendant's name. As grounds for this motion, Defendant states that on September 1, 2005, Plaintiff filed this action and served the complaint upon counsel for Richard F. Selden. The caption incorrectly identifies Defendant's middle initial as "B." Plaintiff assents to the relief sought herein.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and amend the caption to identify the defendant as "Richard F. Selden."

### LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Justin J. Daniels, hereby certify that counsel for the Securities and Exchange Commission assents to the relief sought by this motion.

Dated: October 26, 2005          /s/ Justin J. Daniels
                                 Justin J. Daniels

2

| | |
|---|---|
| Dated: October 26, 2005<br>    Boston, Massachusetts | Respectfully submitted,<br><br>/s/  Justin J. Daniels<br>Thomas J. Dougherty (BBO #132300)<br>Justin J. Daniels (BBO #656118)<br>Cale P. Keable (BBO #651627)<br>SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br>Counsel for Defendant<br>Richard F. Selden |