UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV 10 P 12: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

SECURITIES AND EXCHANGE COMMISSION, )
)
Plaintiff, )
)
v. ) Civil Action No. 05-11805-NMG
)
RICHARD F. SELDEN, )
)
Defendant. )

**PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION**

The undersigned representative of plaintiff Securities and Exchange Commission ("the Commission") and the undersigned counsel for the Commission affirm that they have conferred with respect to: (a) establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and (b) the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By: /s/ David Bergers
David Bergers
Associate District Administrator
Boston District Office
Securities and Exchange Commission

By: /s/ Frank C. Huntington
Frank C. Huntington
Senior Trial Counsel
Boston District Office
Securities and Exchange Commission

Dated: November 9, 2005