UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV 10 P 12: 0:

U.S. DISTRICT COURT
DISTRICT OF MASS.

---------------------------------- x
SECURITIES AND EXCHANGE     :
COMMISSION,                 :
                            :
            Plaintiff,      :   Civil Action
                            :   No. 05-11805-NMG
    v.                      :
                            :
RICHARD B. SELDEN,          :
                            :
            Defendant.      :
---------------------------------- x

### DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and the defendant in this matter have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: November 9, 2005
       Boston, Massachusetts

_____
Richard F. Selden

Respectfully submitted,

_____
Thomas J. Dougherty (BBO #132300)
Justin J. Daniels (BBO #656118)
Cale P. Keable (BBO #651627)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Richard F. Selden