UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | Civil Action |
| : | No. 05-11805-NMG |
| v. : | |
| : | |
| RICHARD F. SELDEN, : | |
| : | |
| Defendant. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANT RICHARD F. SELDEN'S MEMORANDUM OF LAW IN
SUPPORT OF HIS UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

Because on February 10, 2006, the U.S. District Court for the District of Columbia stayed the related discovery action (See Exhibit 1 attached) pending ruling of the U.S. Court of Appeals for the D.C. Circuit in another case, defendant by this motion seeks a corresponding extension of the Scheduling Order dates in this case. Plaintiff Securities and Exchange Commission ("SEC") does not oppose this motion.

**Background**

On November 17, 2005, this Court held the Initial Scheduling Conference ("Scheduling Conference") in the above-captioned action and on January 13, 2006, entered the Scheduling Order in this case (Docket No. 13). Defendant Richard F. Selden ("Dr. Selden") now seeks to amend the Scheduling Order due to postponements experienced in seeking discovery from the Food and Drug Administration ("FDA"). Counsel for Dr. Selden has conferred with counsel for the SEC and has been authorized

to state that the SEC does not take a position on the recitation below of defendant's discovery efforts with the FDA, and does not oppose the relief sought by this motion.

According to the SEC's Complaint, Dr. Selden, in his position as CEO of Transkaryotic Therapies, Inc. ("TKT"), is responsible for a "series of materially misleading public statements by TKT about the status of the FDA application for Replagal." See Complaint ¶ 1. The SEC's case in this action is based on the FDA's review of TKT's application for Replagal, its communications with TKT in this regard and the steps both the FDA and TKT perceived as necessary for Replagal to obtain marketing approval in the United States. See, e.g., id. ¶¶ 2-4, 12-14, 21-22, 24-26, 28-33, 35, 38-39, 41-42, 44-53, 55, 59-60, 62, 66, 70 & 74. Consequently, discovery of the FDA's materials is important to Dr. Selden's defense of this action brought by the government.

Accordingly, on November 17, 2005, counsel for Dr. Selden advised the Court at the Scheduling Conference that Dr. Selden had subpoenaed the FDA on the first day he was permitted to do so by the Federal Rules of Civil Procedure, October 28, 2005, in an attempt to secure discovery vital to Dr. Selden's defense of this action. Counsel for Dr. Selden also advised the Court at the Scheduling Conference that counsel for Dr. Selden and the FDA already had communicated regarding compliance with the subpoenas, but had not been able to reach a resolution. We advised that the open issue of FDA discovery could impact the scheduling of this action going forward.

Since the Scheduling Conference, Dr. Selden took the following further steps diligently to further the FDA subpoena process and obtain discovery for his defense of this action sought thereby:

2

1.  On November 23, 2005, when agreement could not be reached with FDA, Dr. Selden moved to compel the FDA's compliance with the subpoenas in the U.S. District Court for the District of Columbia.

2.  On December 6, 2005, the FDA opposed Dr. Selden's motion to compel and cross-moved to quash the subpoenas.

3.  On December 19, 2005, Dr. Selden opposed the FDA's motion to quash and replied in further support of his motion to compel.

4.  On January 5, 2006, the FDA submitted a memorandum in further support of its motion to quash.

5.  On February 10, 2006, Judge Urbina of the U.S. District Court for the District of Columbia issued an order holding the case in abeyance pending a decision in the U.S. Court of Appeals for the District of Columbia Circuit in Yousuf v. Samantar, No. 05-5197 (D.C. Cir.) ("Yousuf") on the ground that the subpoena to the federal agency in that case raises some of the same issues raised by the FDA in response to the subpoenas in this case.[1]

6.  On February 14, 2006, Dr. Selden joined in an Amici Curiae brief submitted to the U.S. Court of Appeals for the District of Columbia Circuit in connection with the Yousuf appeal.[2]

7.  A decision in the Yousuf case is not expected until May 2006. See Table attached hereto as Exhibit 3.

8.  Accordingly, Dr. Selden's FDA discovery likely will not occur until after May 2006, given that the U.S. District Court for the District of Columbia will need to address that decision's impact on Selden's FDA subpoenas and, if required, the FDA will take time to respond thereto.

Consequently, Dr. Selden has been actively seeking FDA discovery for 5 months.

Accordingly, Dr. Selden respectfully requests that the Court enter the Proposed Amended Scheduling Order attached as Exhibit A to Dr. Selden's motion,

---

[1] A copy of the docket in S.E.C. v. Selden, Case No. 1:05-mc-00476-RMU (D.D.C.) listing the motion practice in the U.S. District Court for the District of Columbia is attached as Exhibit 2.

[2] On February 17, 2006, the U.S. Department of Justice opposed the motion for leave to file and on February 24, 2006, the U.S. Court of Appeals for the District of Columbia Circuit denied the motion for leave to file.

3

which proposes extending the deadlines contained in the Scheduling Order by six months

to reflect these developments.

Dated: February 27, 2006                              Respectfully submitted,
        Boston, Massachusetts

                                        /s/ Thomas J. Dougherty _____
                                        Thomas J. Dougherty (BBO #132300)
                                        Justin J. Daniels (BBO #656118)
                                        Cale P. Keable (BBO #651627)
                                        SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP
                                        One Beacon Street
                                        Boston, Massachusetts 02108
                                        (617) 573-4800

                                        Counsel for Defendant
                                        Richard F. Selden

### CERTIFICATE OF SERVICE

       I, Cale P. Keable, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 27, 2006.

Dated:  February 27, 2006                              /s/ Cale P. Keable _____
                                          Cale P. Keable

# Exhibit 1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SECURITIES EXCHANGE                      :
COMMISSION,                              :
                                         :
                    Plaintiff,           :      Civil Action No.:    05mc476 (RMU)
                                         :
          v.                             :
                                         :
RICHARD SELDEN,                          :
                                         :
                    Defendant.           :

## ORDER

### HOLDING CASE IN ABEYANCE PENDING D.C. CIRCUIT RULING

On February 27, 2006, the Court of Appeals for the District of Columbia Circuit will hear

the appeal of the district court's ruling in *Yousuf v. Samantar*, 2005 WL 1523385 (D.D.C. May

03, 2005). That appeal raises questions central to the issues presented before this court in the

instant case. The court rules that it is in the best interests of justice to hold this case in abeyance

pending a ruling by the D.C. Circuit in *Yousuf.* It is therefore this 10th day of February 2006

hereby

**ORDERED** that this case be held in abeyance pending a ruling by the D.C. Circuit in

*Yousuf*, and it is

**FURTHER ORDERED** that the parties file supplemental memoranda to the court within

15 days of the D.C. Circuit's ruling and address the applicability of the holding in that case to the

case at bar.

**SO ORDERED.**


                                         RICARDO M. URBINA
                                         United States District Judge

**Exhibit 2**

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-mc-00476-RMU

SECURITIES AND EXCHANGE COMMISSION v.
SELDEN
Assigned to: Judge Ricardo M. Urbina
Cause: Motion to Compel

Date Filed: 11/23/2005
Jury Demand: None
Nature of Suit: 441 Voting
Jurisdiction: Federal Question

**Plaintiff**

**SECURITIES AND EXCHANGE
COMMISSION**

represented by **SECURITIES AND EXCHANGE
COMMISSION**
PRO SE

V.

**Defendant**

**RICHARD F. SELDEN**

represented by **Joseph L. Barloon**
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
1440 New York Avenue, NW
Washington, DC 20005-2111
(202) 371-7322
Fax: (202) 393-5760
Email: jbarloon@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cale P. Keable**
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Beacon Street
Boston, MA 02108
US
(617) 573-4800
*ATTORNEY TO BE NOTICED*

**Justin J. Daniels**
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Beacon Street
Boston, MA 02108
US
(617) 573-4800
*ATTORNEY TO BE NOTICED*

**Thomas J. Dougherty**
SKADDEN, ARPS, SLATE,

'

MEAGHER & FLOM LLP
One Beacon Street
Boston, MA 02108
US
(617) 573-4800)
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**UNITED STATES FOOD AND**          represented by    **Marina Utgoff Braswell**
**DRUG ADMINISTRATION**                                US ATTORNEYS OFFICE FOR THE
                                                       DISTRICT OF COLUMBIA
                                                       555 Fourth Street, NW
                                                       Room 10-413
                                                       Washington, DC 20530
                                                       (202) 514-7226
                                                       Fax: (202) 514-8780
                                                       Email: Marina.Braswell@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/2005 | 1 | MOTION to Compel FDA compliance with subpoenas and request for oral hearing filed by RICHARD F. SELDEN. (Exhibits #A-J)(jsc) (Entered: 11/28/2005) |
| 12/13/2005 | 2 | NOTICE of Appearance by Marina Utgoff Braswell on behalf of UNITED STATES FOOD AND DRUG ADMINISTRATION (jf, ) (Entered: 12/15/2005) |
| 12/13/2005 | 3 | MOTION for Extension of Time to 12/13/05 to file a response to defendant Selden's motion to compel by UNITED STATES FOOD AND DRUG ADMINISTRATION. EXHIBIT: ( Motion to Quash/Oppositon) (jf, ) (Entered: 12/15/2005) |
| 12/15/2005 |  | MINUTE ORDER granting [3] Motion for Extension of Time to file reponse to defendant Selden's Motion to Compel up to and including 12/13/05. Signed by Judge Ricardo M. Urbina on 12/15/05. (djr) (Entered: 12/15/2005) |
| 12/15/2005 | 4 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Thomas J. Dougherty. :Address- SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, One Beacon Street, Boston, MA 02108. Phone No. - (617) 573-4800. by RICHARD F. SELDEN. (ks, ) (Entered: 12/16/2005) |
| 12/15/2005 | 5 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Justin J. Daniels. :Address- SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, One Beacon Street, Boston, MA 02108. Phone No. - (617) 573-4800. by RICHARD F. SELDEN. (ks, ) (Entered: 12/16/2005) |

Case 1:05-cv-11805-NMG    Document 15-3    Filed 02/27/2006    Page 4 of 4
Page 3 of 4
District of Columbia live database - Docket Report

| 12/15/2005 | 6 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Cale P. Keable. :Address- SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, One Beacon Street, Boston, MA 02108. Phone No. - (617) 573-4800. by RICHARD F. SELDEN. (ks, ) (Entered: 12/16/2005) |
| 12/15/2005 | 7 | MOTION to Quash subpoenas duces tecum by UNITED STATES FOOD AND DRUG ADMINISTRATION. (jf, ) (Entered: 12/20/2005) |
| 12/15/2005 | 8 | OPPOSITION to MOTION to Compel FDA compliance with subpoenas and request for oral hearing [1] filed by UNITED STATES FOOD AND DRUG ADMINISTRATION. (jf, ) (Entered: 12/20/2005) |
| 12/16/2005 |  | MINUTE ORDER granting motion for admission pro hac vic [4],[5], and [6] as to Thomas Dougherty, Justin Daniels, and Cale Keable. Signed by Judge Ricardo M. Urbina on 12/16/05. (djr) (Entered: 12/16/2005) |
| 12/19/2005 | 9 | REPLY in support of MOTION to Compel FDA compliance with subpoenas and request for oral hearing [1] filed by RICHARD F. SELDEN. (jf, ) (Entered: 12/20/2005) |
| 12/19/2005 | 10 | Memorandum in opposition to MOTION to Quash subpoenas duces tecum re [7] filed by RICHARD F. SELDEN. (jf, ) (Entered: 12/20/2005) |
| 12/27/2005 | 11 | MOTION for Extension of Time to file a response to defendant Selden's opposition to FDA's motoin to quash by UNITED STATES FOOD AND DRUG ADMINISTRATION. (jf, ) (Entered: 12/29/2005) |
| 12/30/2005 | 12 | Memorandum in Response to [11] Motion for Enlargement of Time filed by RICHARD F. SELDEN. (tg, ) (Entered: 01/03/2006) |
| 01/03/2006 |  | MINUE ORDER granting [11] Motion for Extension of Time to file FDA's response. FDA's response due January 6, 2006. Signed by Judge Ricardo M. Urbina on 1/3/06. (djr) (Entered: 01/03/2006) |
| 01/03/2006 |  | Set Deadlines/Hearings: FDA'sResponse due by 1/6/2006 (jwd) (Entered: 01/05/2006) |
| 01/05/2006 | 13 | REPLY in support of MOTION to Quash subpoenas duces tecum [7] filed by UNITED STATES FOOD AND DRUG ADMINISTRATION. (jf, ) (Entered: 01/06/2006) |
| 01/30/2006 | 14 | NOTICE *of Filing by Non-Party FDA* by UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Memorandum Opinion# 2 Order)(Braswell, Marina) (Entered: 01/30/2006) |
| 02/10/2006 | 15 | ORDER holding case in abeyance. Signed by Judge Ricardo M. Urbina on 2/10/06. (djr) (Entered: 02/10/2006) |

**Exhibit 3**

## Table B-4.
## U.S. Courts of Appeals—Median Time Intervals in Cases Terminated After Hearing or Submission, by Circuit, During the 12-Month Period Ending September 30, 2004

| Circuit | Total Cases | From Filing of Notice of Appeal to Filing Last Brief | | From Filing of Last Brief to Hearing or Submission | | From Hearing to Final Disposition | | From Submission to Final Disposition | | From Filing of Notice of Appeal to Final Disposition | | From Filing in Lower Court to Final Disposition in Appellate Court | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months |
| **ALL CASES** | | | | | | | | | | | | | |
| **TOTAL** | **27,438** | **15,246** | **5.3** | **18,324** | **3.7** | **8,645** | **2.1** | **18,793** | **.5** | **20,434** | **10.5** | **20,434** | **25.9** |
| DISTRICT OF COLUMBIA | 492 | 179 | 7.3 | 305 | 3.2 | 262 | 2.0 | 230 | .7 | 304 | 10.5 | 304 | 28.6 |
| FIRST | 683 | 520 | 5.7 | 584 | 2.0 | 380 | 2.7 | 303 | 1.9 | 555 | 11.2 | 555 | 30.4 |
| SECOND | 1,777 | 1,142 | 6.4 | 1,205 | 2.7 | 1,047 | .7 | 730 | .2 | 1,449 | 11.0 | 1,449 | 32.0 |
| THIRD | 2,047 | 1,260 | 5.5 | 1,507 | 3.4 | 503 | 3.3 | 1,544 | 2.0 | 1,600 | 11.6 | 1,600 | 29.8 |
| FOURTH | 2,424 | 873 | 4.6 | 1,080 | 2.7 | 413 | 2.5 | 2,011 | .6 | 1,852 | 7.5 | 1,852 | 20.2 |
| FIFTH | 4,018 | 2,149 | 5.5 | 2,324 | 2.8 | 752 | 2.0 | 3,266 | .3 | 3,376 | 8.5 | 3,376 | 18.9 |
| SIXTH | 2,490 | 1,698 | 6.3 | 1,896 | 8.0 | 1,050 | 2.3 | 1,440 | 1.2 | 2,009 | 16.8 | 2,009 | 31.8 |
| SEVENTH | 1,411 | 911 | 4.8 | 1,009 | 2.9 | 738 | 2.8 | 673 | .3 | 1,159 | 10.3 | 1,159 | 25.7 |
| EIGHTH | 1,860 | 1,024 | 3.5 | 1,142 | 4.7 | 649 | 3.6 | 1,211 | .3 | 1,473 | 9.8 | 1,473 | 23.9 |
| NINTH | 5,783 | 2,332 | 6.2 | 3,884 | 5.4 | 1,805 | 1.2 | 3,978 | .2 | 3,021 | 14.0 | 3,021 | 30.5 |
| TENTH | 1,349 | 1,046 | 5.1 | 1,113 | 3.9 | 390 | 3.9 | 959 | 1.5 | 1,159 | 11.7 | 1,159 | 25.9 |
| ELEVENTH | 3,104 | 2,112 | 4.3 | 2,275 | 2.4 | 656 | 2.0 | 2,448 | .9 | 2,477 | 8.8 | 2,477 | 24.2 |
| **PRISONER PETITIONS** | | | | | | | | | | | | | |
| **TOTAL** | **4,520** | **2,383** | **6.2** | **2,383** | **3.6** | **872** | **1.9** | **3,648** | **.7** | **4,520** | **9.1** | **4,520** | **24.0** |
| DISTRICT OF COLUMBIA | 63 | 13 | 11.9 | 13 | 2.4 | 10 | 1.0 | 53 | .7 | 63 | 7.5 | 63 | 17.6 |
| FIRST | 56 | 44 | 5.7 | 44 | 1.3 | 17 | 2.6 | 39 | 2.6 | 56 | 10.3 | 56 | 26.9 |
| SECOND | 249 | 164 | 8.6 | 164 | 3.0 | 116 | .7 | 133 | .2 | 249 | 12.1 | 249 | 35.2 |
| THIRD | 412 | 182 | 7.0 | 182 | 3.2 | 55 | 3.0 | 357 | 1.1 | 412 | 9.7 | 412 | 24.4 |
| FOURTH | 566 | 43 | 5.2 | 43 | 2.4 | 35 | 2.3 | 531 | .4 | 566 | 4.9 | 566 | 16.3 |
| FIFTH | 647 | 286 | 5.0 | 286 | 3.1 | 51 | 2.0 | 596 | .6 | 647 | 7.4 | 647 | 17.9 |
| SIXTH | 464 | 286 | 6.7 | 286 | 6.0 | 101 | 2.7 | 363 | 1.2 | 464 | 11.8 | 464 | 24.6 |
| SEVENTH | 293 | 188 | 7.7 | 188 | 2.9 | 69 | 3.2 | 224 | .3 | 293 | 9.8 | 293 | 24.3 |
| EIGHTH | 287 | 106 | 5.1 | 106 | 5.1 | 35 | 4.1 | 252 | .3 | 287 | 7.3 | 287 | 20.4 |
| NINTH | 775 | 608 | 7.6 | 608 | 4.8 | 299 | 1.0 | 476 | .3 | 775 | 14.5 | 775 | 36.3 |
| TENTH | 285 | 204 | 4.1 | 204 | 3.2 | 31 | 4.2 | 254 | 1.6 | 285 | 9.1 | 285 | 21.4 |
| ELEVENTH | 423 | 259 | 5.4 | 259 | 2.3 | 53 | 2.2 | 370 | .9 | 423 | 8.1 | 423 | 21.0 |

# Table B-4. (September 30, 2004—Continued)

| Circuit | Total Cases | From Filing of Notice of Appeal to Filing Last Brief | | From Filing of Last Brief to Hearing or Submission | | From Hearing to Final Disposition | | From Submission to Final Disposition | | From Filing of Notice of Appeal to Final Disposition | | From Filing in Lower Court to Final Disposition in Appellate Court | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months |
| **OTHER CIVIL** | | | | | | | | | | | | | |
| **TOTAL** | **7,974** | **6,840** | **4.7** | **6,840** | **4.0** | **4,324** | **2.4** | **3,650** | **1.1** | **7,974** | **11.4** | **7,974** | **30.0** |
| DISTRICT OF COLUMBIA | 181 | 112 | 6.9 | 112 | 2.7 | 89 | 1.9 | 92 | .7 | 181 | 10.5 | 181 | 29.7 |
| FIRST | 309 | 297 | 5.0 | 297 | 2.0 | 205 | 2.5 | 104 | 2.7 | 309 | 10.2 | 309 | 29.0 |
| SECOND | 701 | 581 | 6.0 | 581 | 2.7 | 563 | .7 | 138 | .2 | 701 | 10.4 | 701 | 33.8 |
| THIRD | 777 | 697 | 4.9 | 697 | 3.6 | 260 | 3.8 | 497 | 2.4 | 777 | 11.7 | 777 | 32.2 |
| FOURTH | 607 | 335 | 4.3 | 335 | 4.1 | 230 | 2.7 | 377 | .6 | 607 | 8.5 | 607 | 21.4 |
| FIFTH | 916 | 830 | 4.6 | 838 | 3.5 | 453 | 2.1 | 463 | 1.1 | 916 | 9.8 | 916 | 27.6 |
| SIXTH | 869 | 830 | 5.6 | 830 | 9.7 | 576 | 2.5 | 293 | 1.3 | 869 | 18.1 | 869 | 35.9 |
| SEVENTH | 559 | 508 | 4.2 | 508 | 3.0 | 389 | 3.4 | 170 | .1 | 559 | 10.5 | 559 | 28.7 |
| EIGHTH | 611 | 508 | 3.6 | 508 | 4.8 | 329 | 3.8 | 282 | .4 | 611 | 10.8 | 611 | 27.3 |
| NINTH | 1,057 | 821 | 5.8 | 821 | 6.7 | 663 | 1.6 | 394 | .3 | 1,057 | 15.6 | 1,057 | 33.0 |
| TENTH | 484 | 468 | 4.5 | 468 | 4.8 | 191 | 4.3 | 293 | 2.3 | 484 | 12.7 | 484 | 30.9 |
| ELEVENTH | 903 | 845 | 3.5 | 845 | 2.7 | 356 | 2.1 | 547 | 1.3 | 903 | 8.6 | 903 | 28.3 |
| **CRIMINAL** | | | | | | | | | | | | | |
| **TOTAL** | **7,559** | **5,697** | **5.9** | **5,697** | **2.9** | **2,344** | **1.9** | **5,215** | **.6** | **7,559** | **10.4** | **7,559** | **22.7** |
| DISTRICT OF COLUMBIA | 58 | 53 | 7.6 | 53 | 2.7 | 43 | 2.7 | 15 | .6 | 58 | 13.2 | 58 | 31.1 |
| FIRST | 173 | 162 | 9.8 | 162 | 2.1 | 114 | 2.8 | 59 | 2.0 | 173 | 15.7 | 173 | 34.8 |
| SECOND | 467 | 370 | 7.1 | 370 | 2.6 | 292 | .6 | 175 | .2 | 467 | 11.7 | 467 | 29.7 |
| THIRD | 377 | 350 | 6.4 | 350 | 3.2 | 101 | 2.4 | 276 | 2.3 | 377 | 13.0 | 377 | 30.6 |
| FOURTH | 642 | 472 | 4.8 | 472 | 2.4 | 103 | 2.3 | 539 | .8 | 642 | 9.1 | 642 | 20.9 |
| FIFTH | 1,759 | 972 | 6.5 | 972 | 1.8 | 181 | 1.4 | 1,578 | .0 | 1,759 | 8.3 | 1,759 | 16.0 |
| SIXTH | 636 | 545 | 7.6 | 545 | 6.3 | 290 | 1.9 | 346 | 1.3 | 636 | 16.6 | 636 | 30.3 |
| SEVENTH | 283 | 193 | 5.5 | 193 | 2.6 | 177 | 2.2 | 106 | .0 | 283 | 10.0 | 283 | 23.0 |
| EIGHTH | 557 | 393 | 3.3 | 393 | 4.4 | 220 | 3.1 | 337 | .4 | 557 | 9.4 | 557 | 21.3 |
| NINTH | 1,126 | 860 | 5.7 | 860 | 4.3 | 457 | 1.2 | 669 | .2 | 1,126 | 11.6 | 1,126 | 25.0 |
| TENTH | 359 | 347 | 6.1 | 347 | 2.4 | 143 | 3.2 | 216 | 1.0 | 359 | 11.3 | 359 | 23.0 |
| ELEVENTH | 1,122 | 980 | 5.1 | 980 | 2.3 | 223 | 1.9 | 899 | 1.1 | 1,122 | 9.2 | 1,122 | 21.6 |

# Table B-4. (September 30, 2004—Continued)

| Circuit | Total Cases | From Filing of Notice of Appeal to Filing Last Brief | | From Filing of Last Brief to Hearing or Submission | | From Hearing to Final Disposition | | From Submission to Final Disposition | | From Filing of Notice of Appeal to Final Disposition | | From Filing in Lower Court to Final Disposition in Appellate Court | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months |
| **ADMINISTRATIVE AGENCY** | | | | | | | | | | | | | |
| TOTAL | 3,957 | 326 | 4.5 | 3,078 | 4.6 | 877 | 1.7 | 3,080 | .4 | - | - | - | - |
| DISTRICT OF COLUMBIA | 137 | - | - | 126 | 3.7 | 115 | 2.0 | 22 | .8 | - | - | - | - |
| FIRST | 66 | - | - | 64 | 1.8 | 28 | 2.3 | 38 | 1.5 | - | - | - | - |
| SECOND | 99 | - | - | 63 | 2.6 | 48 | .7 | 51 | .2 | - | - | - | - |
| THIRD | 289 | - | - | 247 | 3.3 | 49 | 2.6 | 240 | 2.4 | - | - | - | - |
| FOURTH | 256 | - | - | 207 | 2.2 | 28 | 2.5 | 228 | .9 | - | - | - | - |
| FIFTH | 201 | - | - | 175 | 3.0 | 33 | 3.4 | 168 | .9 | - | - | - | - |
| SIXTH | 215 | - | - | 198 | 7.4 | 55 | 2.0 | 160 | 1.2 | - | - | - | - |
| SEVENTH | 108 | - | - | 98 | 3.0 | 85 | 2.1 | 23 | .3 | - | - | - | - |
| EIGHTH | 148 | - | - | 118 | 5.5 | 55 | 2.8 | 93 | .6 | - | - | - | - |
| NINTH | 2,182 | - | - | 1,552 | 6.5 | 346 | 1.0 | 1,836 | .3 | - | - | - | - |
| TENTH | 71 | - | - | 67 | 4.5 | 18 | 3.4 | 53 | 2.6 | - | - | - | - |
| ELEVENTH | 185 | - | - | 163 | 2.0 | 17 | .7 | 168 | 1.1 | - | - | - | - |
| **BANKRUPTCY** | | | | | | | | | | | | | |
| TOTAL | 381 | 326 | | 326 | 4.1 | 211 | 2.5 | 170 | 1.1 | 381 | 11.8 | 381 | 21.0 |
| DISTRICT OF COLUMBIA | 2 | 1 | - | 1 | - | 1 | - | 1 | - | 2 | 6.7 | 2 | 21.6 |
| FIRST | 17 | 17 | 4.2 | 17 | 2.6 | 16 | 4.1 | 1 | 3.0 | 17 | 12.1 | 17 | 26.8 |
| SECOND | 32 | 27 | 5.5 | 27 | 2.7 | 25 | .4 | 7 | .1 | 32 | 10.4 | 32 | 18.2 |
| THIRD | 34 | 31 | 5.0 | 31 | 3.7 | 15 | 2.9 | 19 | 2.1 | 34 | 12.4 | 34 | 20.6 |
| FOURTH | 37 | 23 | 3.8 | 23 | 4.4 | 15 | 2.2 | 22 | .8 | 37 | 8.6 | 37 | 16.6 |
| FIFTH | 54 | 53 | 4.2 | 53 | 3.6 | 33 | 2.5 | 21 | 1.4 | 54 | 10.1 | 54 | 18.5 |
| SIXTH | 40 | 37 | 6.0 | 37 | 9.6 | 28 | 2.4 | 12 | 1.8 | 40 | 18.3 | 40 | 28.8 |
| SEVENTH | 24 | 22 | 3.2 | 22 | 2.8 | 17 | 3.0 | 7 | .2 | 24 | 10.4 | 24 | 18.9 |
| EIGHTH | 18 | 17 | 2.7 | 17 | 5.2 | 9 | 3.0 | 9 | .3 | 18 | 10.5 | 18 | 16.5 |
| NINTH | 63 | 43 | 5.4 | 43 | 7.5 | 38 | 1.9 | 25 | .3 | 63 | 16.1 | 63 | 26.2 |
| TENTH | 31 | 27 | 4.8 | 27 | 5.7 | 7 | 3.1 | 24 | 3.4 | 31 | 15.1 | 31 | 23.5 |
| ELEVENTH | 29 | 28 | 2.9 | 28 | 2.5 | 7 | 1.0 | 22 | 1.7 | 29 | 8.4 | 29 | 15.4 |

NOTE: THE SUBTOTALS DO NOT ADD UP TO THE NUMBER FOR TOTAL CASES BECAUSE TOTAL CASES INCLUDE ORIGINAL PROCEEDINGS NOT REPORTED SEPARATELY IN THIS TABLE. THIS TABLE DOES NOT INCLUDE DATA FOR THE U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT. BEGINNING OCTOBER 1, 1998, DATA ARE REPORTED FOR TYPES OF ORIGINAL PROCEEDINGS PREVIOUSLY NOT PRESENTED IN THIS TABLE.
¹BEGINNING IN 2002 AND THROUGH 2004, THE COURTS OF APPEALS, PARTICULARLY IN THE SECOND AND NINTH CIRCUITS, EXPERIENCED AN UNPRECEDENTED INCREASE IN FILINGS OF NEW CASES ORIGINATING FROM THE BOARD OF IMMIGRATION APPEALS.