UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE        :
COMMISSION,        :
        :
     Plaintiff,     :   Civil Action
        :   No. 05-11805-NMG
   v.     :
        :
RICHARD F. SELDEN,        :
        :
     Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RICHARD F. SELDEN,        :
        :
     Plaintiff,     :   Civil Action
        :   No. 06-11807-NMG
   v.     :
        :
UNITED STATES FOOD AND DRUG   :
ADMINISTRATION and ANDREW C.   :
VON ESCHENBACH, in his official   :
capacity as acting commissioner of the   :
United States Food and Drug   :
Administration,   :
        :
     Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JOINT MOTION TO HOLD PENDING MOTIONS IN ABEYANCE

The Securities and Exchange Commission ("SEC"), Richard F. Selden ("Dr. Selden"), the U.S. Food and Drug Administration ("FDA") and Andrew C. von Eschenbach (collectively, the "Parties"), hereby jointly move this Court to hold in abeyance the three other motions presently pending before this Court in light of the Parties' ongoing efforts to resolve the underlying discovery disputes without further court intervention.

WHEREFORE, the Parties respectfully request that their motion be granted and that the following motions be held in abeyance pending further order of this Court:

    1)    FDA's and Andrew C. von Eschenbach's Motion To Dismiss in Selden v. FDA, Civ. No. 06-11807-NMG-RBC (D. Mass., filed Oct. 20, 2006) (Docket No. 12);

2

2)        Richard F. Selden's Cross-Motion To Preclude Admission Of FDA Evidence in <u>Selden v. FDA</u>, Civ. No. 06-11807-NMG-RBC (D. Mass., filed Oct. 27, 2006) (Docket No. 16); and

3)        Richard F. Selden's Cross-Motion To Preclude Admission Of FDA Evidence in <u>S.E.C. v. Selden</u>, Civ. No. 05-11805-NMG-RBC (D. Mass., filed Oct. 27, 2006) (Docket No. 19).

Dated:  May 7, 2007

Respectfully submitted,

/s/ David E. Butler
Frank C. Huntington (BBO #544045)
David E. Butler (BBO #549721)
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
(617) 573-8900
huntingtonf@sec.gov
butlerd@sec.gov

Counsel for Securities and Exchange Commission


MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3606
mark.quinlivan@usdoj.gov

Counsel for U.S. Food and Drug Administration and Andrew C. von Eschenbach

/s/ Justin J. Daniels
Thomas J. Dougherty (BBO #132300)
Justin J. Daniels (BBO #656118)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800
dougherty@skadden.com
jdaniels@skadden.com

Counsel for Richard F. Selden

---

**CERTIFICATE OF SERVICE**

I, Justin J. Daniels, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 7, 2007.

Dated:  May 7, 2007     /s/ Justin J. Daniels
                       Justin J. Daniels

---