UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE : 
COMMISSION, :
 :
                Plaintiff, :   Civil Action
 :   No. 05-11805-NMG
    v. :
 :
RICHARD F. SELDEN, :
 :
                Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF WITHDRAWAL
## OF RICHARD F. SELDEN'S MAY 17, 2007
## MOTION TO COMPEL ONE DEPOSITION FROM THE
## PLAINTIFF AND ALL DOCUMENTS FILED IN SUPPORT THEREOF

       In light of the parties' subsequent agreement and stipulation with respect to the subject matter of the motion, Richard F. Selden, by his undersigned counsel, withdraws his May 17, 2007 Motion To Compel One Deposition From The Plaintiff (including all documents filed in support thereof) brought against plaintiff the Securities and Exchange Commission. The relevant docket entries are Docket Nos. 30 and 31.

Dated:  July 30, 2007
         Boston, Massachusetts

Respectfully submitted,

/s/ Thomas J. Dougherty
Thomas J. Dougherty (BBO #132300)
Justin J. Daniels (BBO #656118)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800
dougherty@skadden.com
jdaniels@skadden.com

Counsel for Richard F. Selden

**CERTIFICATE OF SERVICE**

    I, Justin J. Daniels, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 30, 2007.

Dated:  July 30, 2007     /s/ Justin J. Daniels
                                 Justin J. Daniels