UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
SECURITIES AND EXCHANGE      :
COMMISSION,
                             :
         Plaintiff,          Civil Action
                             :  No. 05-11805-NMG
     v.
                             :
RICHARD F. SELDEN,
                             :
         Defendant.
---------------------------------- x

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Richard F. Selden's Unopposed Motion To Impound;

2. Richard F. Selden's Motion For A Jury Instruction And For Use Of Rule 30(b)(6) Videotaped Deposition Testimony At Trial (with proposed order attached thereto);

3. Richard F. Selden's Memorandum Of Law In Support Of His Motion For A Jury Instruction And For Use Of Rule 30(b)(6) Videotaped Deposition Testimony At Trial (with exhibits submitted therewith).

The original documents are maintained in the case files in the Clerk's Office.

| | |
|---|---|
| Dated: August 20, 2007<br>       Boston, Massachusetts | Respectfully submitted,<br><br>/s/ Justin J. Daniels<br>Thomas J. Dougherty (BBO #132300)<br>Justin J. Daniels (BBO #656118)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br>dougherty@skadden.com<br>jdaniels@skadden.com<br><br>Counsel for Richard F. Selden |

**CERTIFICATE OF SERVICE**

    I, Justin J. Daniels, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 20, 2007.

| | |
|---|---|
| Dated: August 20, 2007 | /s/ Justin J. Daniels<br>Justin J. Daniels |