UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br>v.<br><br>RICHARD F. SELDEN,<br><br>                Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-11805-NMG<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF MANUAL FILING**

Plaintiff Securities and Exchange Commission hereby gives notice that the following pleading has been filed manually with the Court and is available in paper form only:

    Plaintiff's Opposition to Defendant's Motion for Jury Instruction
    and Other Relief Concerning the Rule 30(b)(6) Deposition of the
    U.S. Food and Drug Administration.

This pleading has been filed under seal pursuant to the Court's order dated August 29, 2007.

                              Respectfully submitted,

                              /s/
                              Frank C. Huntington (BBO #544045)
                              Senior Trial Counsel

                              Attorney for Plaintiff
                              **SECURITIES AND EXCHANGE COMMISSION**
                              Boston Regional Office
                              33 Arch Street, 23rd Floor
                              Boston, MA  02110
                              (617) 573-8960  (direct)
                              (617) 573-4590  (fax)

Dated:  August 31, 2007

## **CERTIFICATE OF SERVICE**

      I, Frank C. Huntington, certify that on August 31, 2007, the foregoing Plaintiff's Notice of Manual Filing was filed electronically with the Court, and a copy was served by first-class mail to the defendant's counsel of record:

Thomas J. Dougherty, Esq.
Justin J. Daniels, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA  02108


                                              /s/_____
                                             Frank C. Huntington