UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
                    Plaintiff,             Civil Action
                                       :   No. 05-11805-NMG
          v.
                                       :
RICHARD F. SELDEN,
                                       :
                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>NOTICE OF FILING WITH CLERK'S OFFICE</u>

Notice is hereby given that the documents, exhibits or attachments listed below

have been manually filed with the Court and are available in paper form only:

1.    Richard F. Selden's Unopposed Motion To Impound; and

2.    Richard F. Selden's <u>Assented-To</u> Motion For Leave To File A Reply
      Memorandum Of Law In Further Support Of Richard F. Selden's Motion For
      A Jury Instruction And For Use Of Rule 30(b)(6) Videotaped Deposition
      Testimony At Trial (with proposed reply memorandum of law attached
      thereto).

The original documents are maintained in the case files in the Clerk's Office.

Dated: September 12, 2007                Respectfully submitted,
        Boston, Massachusetts

                                  /s/ Justin J. Daniels
                                  Thomas J. Dougherty (BBO #132300)
                                  Justin J. Daniels (BBO #656118)
                                  SKADDEN, ARPS, SLATE,
                                      MEAGHER & FLOM LLP
                                  One Beacon Street
                                  Boston, Massachusetts 02108
                                  (617) 573-4800
                                  dougherty@skadden.com
                                  jdaniels@skadden.com

                                  Counsel for Richard F. Selden

## CERTIFICATE OF SERVICE

        I, Justin J. Daniels, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 12, 2007.

Dated: September 12, 2007                  /s/ Justin J. Daniels
                                        Justin J. Daniels