UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE      :
COMMISSION,
                             :
             Plaintiff,      Civil Action
                             :   No. 05-11805-NMG
   v.
                             :
RICHARD F. SELDEN,
                             :
            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Richard F. Selden's Unopposed Motion To Impound;

2. Assented-To Motion For Leave To File A Reply Memorandum In Further Support Of Richard F. Selden's Motion For Summary Judgment On All Counts And An Award Of Attorneys' Fees Against The Securities And Exchange Commission (FILED UNDER SEAL); and

3. Richard F. Selden's Reply Memorandum In Further Support Of His Motion For Summary Judgment On All Counts And An Award Of Attorneys' Fees Against The Securities And Exchange Commission (FILED UNDER SEAL).

The original documents are maintained in the case file in the Clerk's Office.

Dated: January 23, 2008
       Boston, Massachusetts

Respectfully submitted,

/s/ Thomas J. Dougherty
Thomas J. Dougherty (BBO #132300)
Justin J. Daniels (BBO #656118)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800
dougherty@skadden.com
jdaniels@skadden.com

Counsel for Defendant
Richard F. Selden

**CERTIFICATE OF SERVICE**

      I, Thomas J. Dougherty, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 23, 2008.

Dated: January 23, 2008

/s/ Thomas J. Dougherty
Thomas J. Dougherty