UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>RICHARD F. SELDEN,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-11805-NMG<br>)<br>)<br>)<br>)<br>) |

# PLAINTIFF'S NOTICE OF MANUAL FILING

Plaintiff Securities and Exchange Commission hereby gives notice that the following pleading has been filed manually with the Court and is available in paper form only:

> Plaintiff's Unopposed Motion for Leave to File Supplemental Opposition to Defendant's Motion for Summary Judgment and Attorneys' Fees.

This pleading has been filed under seal pursuant to the Court's orders concerning the filing of pleadings containing certain confidential material.

Respectfully submitted,

/s/
Frank C. Huntington (Mass. Bar No. 544045)
Senior Trial Counsel

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
Boston Regional Office
33 Arch Street, 23rd Floor
Boston, MA  02110
(617) 573-8960  (direct)
(617) 573-4590  (fax)

Dated:  February 1, 2008

**CERTIFICATE OF SERVICE**

      I, Frank C. Huntington, certify that on February 1, 2008, the foregoing Plaintiff's Notice of Manual Filing was filed electronically with the Court, and a copy was served by first-class mail to the defendant's counsel of record:

Thomas J. Dougherty, Esq.
Justin J. Daniels, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA  02108


                /s/
        Frank C. Huntington