UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE : 
COMMISSION,
  :
              Plaintiff,     Civil Action
  :     No. 05-11805-NMG
    v.
  :
RICHARD F. SELDEN,
  :
             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Richard F. Selden's Unopposed Motion To Impound;

2. Richard F. Selden's Assented-To Motion For Leave To File A Response To Plaintiff's Supplemental Opposition (FILED UNDER SEAL); and

3. Richard F. Selden's Response To Plaintiff's Supplemental Opposition (FILED UNDER SEAL).

The original documents are maintained in the case file in the Clerk's Office.

Dated: February 5, 2008      Respectfully submitted,
      Boston, Massachusetts

    /s/ Thomas J. Dougherty
    Thomas J. Dougherty (BBO #132300)
    SKADDEN, ARPS, SLATE,
      MEAGHER & FLOM LLP
    One Beacon Street
    Boston, Massachusetts 02108
    (617) 573-4800
    dougherty@skadden.com

    Counsel for Defendant
    Richard F. Selden

---

**CERTIFICATE OF SERVICE**

I, Thomas J. Dougherty, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 5, 2008.

Dated: February 5, 2008     s/ Thomas J. Dougherty
                                  Thomas J. Dougherty