UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE           :
COMMISSION,                       :
                                  :
                Plaintiff,     :   Civil Action
                                  :   No. 05-11805-NMG
     v.                          :
                                  :
RICHARD F. SELDEN,                :
                                  :
                Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF STATUS OF PROCEEDINGS IN THE DISTRICT OF COLUMBIA

        In response to this Court's electronic notice of February 8, 2008, the status of proceedings in the District of Columbia action captioned S.E.C. v. Selden, Misc. Case No. 1:05-mc-00476-RMU (D.D.C.), and related appeal captioned S.E.C. v. Selden, et al., Case No. 07-5377 (D.C. Cir.), is as follows:

        1.      On January 17, 2008, the FDA moved to dismiss its appeal of the Order and Memorandum Opinion, dated April 30, 2007 and published at S.E.C. v. Selden, 484 F. Supp. 2d 105 (D.D.C. 2007), denying the FDA's motion to quash and granting Selden's motion to compel compliance with Selden's subpoena seeking Rule 30(b)(6) testimony from the FDA. (S.E.C. v. Selden, Misc. Case No. 1:05-mc-00476-RMU (D.D.C.) (Docket No. 31) (Docket attached hereto as Exhibit A).) The United States Court of Appeals for the District of Columbia Circuit granted that motion and dismissed the FDA's appeal on February 5, 2008. (S.E.C. v. Selden, et al., Case No. 07-5377 (D.C. Cir.) (Docket attached hereto as Exhibit B).)

        2.      Richard Selden's motion for a finding of a violation of the District Court for the District of Columbia's April 30, 2007 Order, filed August 20, 2007, as well as the FDA's

motion to strike that motion by Richard Selden, filed August 31, 2007, remain <u>sub</u> <u>judice</u>.

(<u>S.E.C. v. Selden</u>, Misc. Case No. 1:05-mc-00476-RMU (D.D.C.) (Docket Nos. 40 and 43)

(Docket attached hereto as Exhibit A).)

      3.    No other discovery proceedings are pending in the United States District Court for the District of Columbia.

Dated: February 14, 2008  
        Boston, Massachusetts

Respectfully submitted,

/s/ Thomas J. Dougherty  
Thomas J. Dougherty (BBO #132300)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800  
dougherty@skadden.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

     I, Thomas J. Dougherty, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 14, 2008.

Dated: February 14, 2008        /s/ Thomas J. Dougherty  
                                                Thomas J. Dougherty

# EXHIBIT A

APPEAL

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-mc-00476-RMU

SECURITIES AND EXCHANGE COMMISSION v. SELDEN
Assigned to: Judge Ricardo M. Urbina
Case in other court: 07-05377
Cause: Motion to Compel

Date Filed: 11/23/2005
Jury Demand: None
Nature of Suit: 441 Voting
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/2005 | 1 | MOTION to Compel FDA compliance with subpoenas and request for oral hearing filed by RICHARD F. SELDEN. (Exhibits #A-J)(jsc) (Entered: 11/28/2005) |
| 12/13/2005 | 2 | NOTICE of Appearance by Marina Utgoff Braswell on behalf of UNITED STATES FOOD AND DRUG ADMINISTRATION (jf, ) (Entered: 12/15/2005) |
| 12/13/2005 | 3 | MOTION for Extension of Time to 12/13/05 to file a response to defendant Selden's motion to compel by UNITED STATES FOOD AND DRUG ADMINISTRATION. EXHIBIT: ( Motion to Quash/Oppositon) (jf, ) (Entered: 12/15/2005) |
| 12/15/2005 |  | MINUTE ORDER granting 3 Motion for Extension of Time to file reponse to defendant Selden's Motion to Compel up to and including 12/13/05. Signed by Judge Ricardo M. Urbina on 12/15/05. (djr) (Entered: 12/15/2005) |
| 12/15/2005 | 4 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Thomas J. Dougherty. :Address- SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, One Beacon Street, Boston, MA 02108. Phone No. - (617) 573-4800. by RICHARD F. SELDEN. (ks, ) (Entered: 12/16/2005) |
| 12/15/2005 | 5 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Justin J. Daniels. :Address- SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, One Beacon Street, Boston, MA 02108. Phone No. - (617) 573-4800. by RICHARD F. SELDEN. (ks, ) (Entered: 12/16/2005) |
| 12/15/2005 | 6 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Cale P. Keable. :Address- SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, One Beacon Street, Boston, MA 02108. Phone No. - (617) 573-4800. by RICHARD F. SELDEN. (ks, ) (Entered: 12/16/2005) |
| 12/15/2005 | 7 | MOTION to Quash subpoenas duces tecum by UNITED STATES FOOD AND DRUG ADMINISTRATION. (jf, ) (Entered: 12/20/2005) |
| 12/15/2005 | 8 | OPPOSITION to MOTION to Compel FDA compliance with subpoenas and request for oral hearing 1 filed by UNITED STATES FOOD AND DRUG ADMINISTRATION. (jf, ) (Entered: 12/20/2005) |
|  |  |  |

| Date | No. | Description |
|---|---|---|
| 12/16/2005 | | MINUTE ORDER granting motion for admission pro hac vic 4 , 5 , and 6 as to Thomas Dougherty, Justin Daniels, and Cale Keable. Signed by Judge Ricardo M. Urbina on 12/16/05. (djr) (Entered: 12/16/2005) |
| 12/19/2005 | 9 | REPLY in support of MOTION to Compel FDA compliance with subpoenas and request for oral hearing 1 filed by RICHARD F. SELDEN. (jf, ) (Entered: 12/20/2005) |
| 12/19/2005 | 10 | Memorandum in opposition to MOTION to Quash subpoenas duces tecum re 7 filed by RICHARD F. SELDEN. (jf, ) (Entered: 12/20/2005) |
| 12/27/2005 | 11 | MOTION for Extension of Time to file a response to defendant Selden's opposition to FDA's motoin to quash by UNITED STATES FOOD AND DRUG ADMINISTRATION. (jf, ) (Entered: 12/29/2005) |
| 12/30/2005 | 12 | Memorandum in Response to 11 Motion for Enlargement of Time filed by RICHARD F. SELDEN. (tg, ) (Entered: 01/03/2006) |
| 01/03/2006 | | MINUE ORDER granting 11 Motion for Extension of Time to file FDA's response. FDA's response due January 6, 2006. Signed by Judge Ricardo M. Urbina on 1/3/06. (djr) (Entered: 01/03/2006) |
| 01/03/2006 | | Set Deadlines/Hearings: FDA'sResponse due by 1/6/2006 (jwd) (Entered: 01/05/2006) |
| 01/05/2006 | 13 | REPLY in support of MOTION to Quash subpoenas duces tecum 7 filed by UNITED STATES FOOD AND DRUG ADMINISTRATION. (jf, ) (Entered: 01/06/2006) |
| 01/30/2006 | 14 | NOTICE *of Filing by Non-Party FDA* by UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Memorandum Opinion# 2 Order)(Braswell, Marina) (Entered: 01/30/2006) |
| 02/10/2006 | 15 | ORDER holding case in abeyance. Signed by Judge Ricardo M. Urbina on 2/10/06. (djr) (Entered: 02/10/2006) |
| 06/30/2006 | 16 | SUPPLEMENTAL MEMORANDUM addressing applicability of Yousuf Decision to his pending motion to compel FDA compliance with Federal Subpoenas filed by RICHARD F. SELDEN; Attachment (1) (td, ) (Entered: 07/05/2006) |
| 06/30/2006 | 17 | SUPPLEMENTAL MEMORANDUM to re 7 MOTION to Quash or modify subpoenas duces tecum filed by UNITED STATES FOOD AND DRUG ADMINISTRATION. (td, ) (Entered: 07/05/2006) |
| 08/16/2006 | 18 | ORDER granting 1 Motion to Compel and denying 7 Motion to Quash. Signed by Judge Ricardo M. Urbina on 8/16/06. (djr) (Entered: 08/16/2006) |
| 08/16/2006 | 19 | MEMORANDUM AND OPINION. Signed by Judge Ricardo M. Urbina on 8/16/06. (djr) (Entered: 08/16/2006) |
| 08/25/2006 | 20 | STATUS REPORT *, Joint,* by UNITED STATES FOOD AND DRUG ADMINISTRATION. (Braswell, Marina) (Entered: 08/25/2006) |
| 10/06/2006 | 21 | NOTICE *of Filing* by RICHARD F. SELDEN (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6)(Kelly, Michael) (Entered: 10/06/2006) |
| | | |

| Date | # | Description |
|---|---|---|
| 10/17/2006 | 22 | NOTICE *of Court Action in Related Case* by RICHARD F. SELDEN (Attachments: # 1 Exhibit A)(Barloon, Joseph) (Entered: 10/17/2006) |
| 11/08/2006 | 23 | Emergency MOTION to Compel *Food and Drug Administration Compliance with This Court's August 16, 2006 Order* by RICHARD F. SELDEN. (Attachments: # 1 Text of Proposed Order)(Barloon, Joseph) (Entered: 11/08/2006) |
| 11/08/2006 | 24 | MEMORANDUM re 23 Emergency MOTION to Compel *Food and Drug Administration Compliance with This Court's August 16, 2006 Order* filed by RICHARD F. SELDEN, by RICHARD F. SELDEN. (Attachments: # 1 Tab A# 2 Tab B# 3 Tab C# 4 Tab D# 5 Tab E)(Barloon, Joseph) (Entered: 11/08/2006) |
| 11/20/2006 | 25 | Joint MOTION for Protective Order *Governing The Production of FDA Documents* by RICHARD F. SELDEN. (Attachments: # 1 Text of Proposed Order)(Barloon, Joseph) (Entered: 11/20/2006) |
| 11/21/2006 | 26 | ORDER granting 25 Motion for Protective Order. Signed by Judge Ricardo M. Urbina on 11/21/06. (djr) (Entered: 11/21/2006) |
| 11/21/2006 |  | MINUTE ORDER denying 23 Motion to Compel as Moot in light of the protective order now governing production of documents. Signed by Judge Ricardo M. Urbina on 11/21/006. (djr) (Entered: 11/21/2006) |
| 02/21/2007 | 27 | MOTION Quash Third-Party Subpoena by UNITED STATES FOOD AND DRUG ADMINISTRATION. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Text of Proposed Order)(Weinstein, Laurie) (Entered: 02/21/2007) |
| 03/05/2007 | 28 | Memorandum in opposition to re 27 MOTION Quash Third-Party Subpoena filed by RICHARD F. SELDEN. (Attachments: # 1 Text of Proposed Order)(Barloon, Joseph) (Entered: 03/05/2007) |
| 03/15/2007 | 29 | REPLY to opposition to motion re 27 MOTION Quash Third-Party Subpoena filed by UNITED STATES FOOD AND DRUG ADMINISTRATION. (Attachments: # 1 Exhibit A)(Braswell, Marina) (Entered: 03/15/2007) |
| 04/30/2007 | 30 | ORDER denying 27 Motion to Quash. Signed by Judge Ricardo M. Urbina on 4/30/07. (djr) (Entered: 04/30/2007) |
| 04/30/2007 | 31 | MEMORANDUM AND OPINION. Signed by Judge Ricardo M. Urbina on 4/30/07. (djr) (Entered: 04/30/2007) |
| 06/29/2007 | 32 | NOTICE OF APPEAL as to 31 Memorandum & Opinion, 30 Order on Motion for Miscellaneous Relief by UNITED STATES FOOD AND DRUG ADMINISTRATION. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # 1 Memorandum Opinion dated April 30, 2007# 2 Order dated April 30, 2007)(Braswell, Marina) (Entered: 06/29/2007) |
| 07/13/2007 | 33 | Joint MOTION for Protective Order by UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Text of Proposed Order)(Braswell, Marina) (Entered: 07/13/2007) |
| 07/16/2007 | 34 | SUPPLEMENTAL PROTECTIVE ORDER. Signed by Judge Ricardo M. Urbina on 7/16/07. (mpt, ) (Entered: 07/16/2007) |
| 08/01/2007 | 35 | NOTICE *of Submission* by RICHARD F. SELDEN (Barloon, Joseph) (Entered: |

| | | |
|---|---|---|
| | | 08/01/2007) |
| 08/01/2007 | 36 | WITHDRAWN PER STIPULATION FILED 8/23/2007..... MOTION to Compel FDA Compliance with this Court's Discovery Order as Applied to FDA's Bioresearch Monitoring Unit by RICHARD F. SELDEN (tg, ) (FILED UNDER SEAL) Modified on 8/29/2007 (jwd, ). (Entered: 08/02/2007) |
| 08/09/2007 | 37 | Unopposed MOTION for Extension of Time to File Response/Reply by UNITED STATES FOOD AND DRUG ADMINISTRATION (Weinstein, Laurie) (Entered: 08/09/2007) |
| 08/09/2007 | | MINUTE ORDER granting 37 Motion for Extension of Time to File Response. Response due on or before 8/23/2007. The court notes that this is the FDA's THIRD motion for an extension of time. It directs the parties to thoroughly review the court's standing order for civil cases for any future matters. Signed by Judge Ricardo M. Urbina on 08/09/07. (dbk) (Entered: 08/09/2007) |
| 08/09/2007 | 38 | CIVIL STANDING ORDER. Signed by Judge Ricardo M. Urbina on 08/09/07. (dbk) (Entered: 08/09/2007) |
| 08/09/2007 | | Set Deadlines/Hearings: Response due on or before 8/23/2007 (jwd) (Entered: 08/09/2007) |
| 08/20/2007 | 39 | NOTICE *OF SUBMISSION* by RICHARD F. SELDEN (Barloon, Joseph) (Entered: 08/20/2007) |
| 08/20/2007 | 40 | MOTION for a Finding of a Violation of this Court's April 30, 2007 Order. Attachments: Exhibits A - H and a VHS tape) by RICHARD F. SELDEN (tg, ) (FILED UNDER SEAL) (Entered: 08/21/2007) |
| 08/23/2007 | 41 | STIPULATION re 36 MOTION to Compel by UNITED STATES FOOD AND DRUG ADMINISTRATION, RICHARD F. SELDEN. (Braswell, Marina) (Entered: 08/23/2007) |
| 08/31/2007 | 42 | NOTICE *of Filing Under Seal* by UNITED STATES FOOD AND DRUG ADMINISTRATION (Braswell, Marina) (Entered: 08/31/2007) |
| 08/31/2007 | 43 | MOTION to Strike 40 MOTION for a Finding of a Violation of this Court's April 30, 2007 Order. by UNITED STATES FOOD AND DRUG ADMINISTRATION. (FILED UNDER SEAL) (jf, ) (Entered: 09/04/2007) |
| 09/12/2007 | 44 | NOTICE *OF SUBMISSION* by RICHARD F. SELDEN (Barloon, Joseph) (Entered: 09/12/2007) |
| 09/12/2007 | 45 | Memorandum in opposition to 43 FDA's MOTION to Strike and REPLY memorandum of law in further support of his Motion for a finding of a violation of the Court's 4/30/07 Order filed by RICHARD F. SELDEN; Exhibits A through D. (FILED UNDER SEAL) (jeb, ) (Entered: 09/17/2007) |
| 09/12/2007 | 46 | REPLY memorandum of law in further support of his Motion for a finding of a violation of the Court's 4/30/07 Order 40 and OPPOSITION to FDA's Motion to strike filed by RICHARD F. SELDEN; Exhibits A through D. (Docket Entry 45 is duplicate of this document)(FILED UNDER SEAL) (jeb, ) (Entered: 09/17/2007) |
| 09/19/2007 | 47 | REPLY to opposition to 43 MOTION to Strike 40 MOTION for Order filed by UNITED STATES FOOD AND DRUG ADMINISTRATION. (FILED UNDER |

|  |  | SEAL). (jf) (Entered: 09/20/2007) |
| --- | --- | --- |
| 11/07/2007 |  | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 32 Notice of Appeal, (jf, ) (Entered: 11/07/2007) |
| 11/21/2007 |  | USCA Case Number 07-5377 for 32 Notice of Appeal, filed by UNITED STATES FOOD AND DRUG ADMINISTRATION. (jf, ) (Entered: 11/21/2007) |

# EXHIBIT B

Case 1:05-cv-11805-NMG   Document 56-3   Filed 02/14/2008   Page 1 of 4

# General Docket
## US Court of Appeals for the DC Circuit

D.C. Circuit Court of Appeals

Court of Appeals Docket #: 07-5377                                      Filed: 11/21/07
Nsuit: 2441  Civil Rights: Voting
SEC v. Selden, Richard, et al
Appeal from: United States District Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0090-1 : 05mc00476            lead: 05mc00476
    Trial Judge: Ricardo M. Urbina, US District Judge
    Date Filed: 11/23/05
    Date order/judgment: 4/30/07
    Date NOA filed: 6/29/07
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: waived-US or DC gvt.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None

Docket as of February 7, 2008 1:09 am                    Page 1

---

07-5377   SEC v. Selden, Richard, et al

SECURITIES AND EXCHANGE            R. Craig Lawrence, Assistant
COMMISSION                         U.S. Attorney
    Plaintiff - Appellee           FAX 202-514-8780
                                   202-514-7159
                                   [LD NTC gvt]
                                   U.S. Attorney's Office
                                   (USA) Civil Appellate
                                   555 4th Street, NW
                                   Washington, DC 20530
                                   202-514-7159

    v.

RICHARD SELDEN                     Joseph L. Barloon
    Defendant - Appellee           202-371-7322
                                   [COR LD NTC ret]
                                   Skadden, Arps, Slate, Meagher &
                                   Flom LLP
                                   1440 New York Avenue, NW
                                   Washington, DC 20005-2111
                                   202-371-7000

    v.

```
FOOD & DRUG ADMINISTRATION            R. Craig Lawrence, Assistant
    Appellant                         U.S. Attorney
                                      FAX 202-514-8780
                                      202-514-7159
                                      [LD NTC gvt]
                                      U.S. Attorney's Office
                                      (USA) Civil Appellate
                                      555 4th Street, NW
                                      Washington, DC 20530
                                      202-514-7159
```

Docket as of February 7, 2008 1:09 am　　　　　　　　Page 2

---

07-5377   SEC v. Selden, Richard, et al

Securities and Exchange Commission

　　　　Plaintiff - Appellee

　v.

Richard Selden

　　　　Defendant - Appellee

　v.

Food & Drug Administration

　　　　Appellant

Docket as of February 7, 2008 1:09 am　　　　　　　　Page 3

---

07-5377   SEC v. Selden, Richard, et al

| | | |
|---|---|---|
| 11/21/07 | | CIVIL-US CASE docketed. Notice of Appeal filed by Appellant FDA. [1081632-1] (mam) |
| 12/5/07 |  | CLERK'S ORDER filed [1084692] directing Appellant to file [1084692-1] : docketing statement due 1/4/08 for SEC ; certificate of counsel due 1/4/08 for SEC ; statement of issues due 1/4/08 for SEC ; lower court decision due 1/4/08 for SEC ; any procedural motions due 1/4/08 for SEC ; deferred appendix notice due 1/4/08 for SEC ; appearance form due 1/4/08 for R. Craig Lawrence ; any dispositive motions due 1/22/08 for SEC ;, directing Appellee to file [1084692-2] : certificate of counsel due 1/4/08 for Richard Selden ; any procedural motions due 1/4/08 for Richard Selden ; appearance form due 1/4/08 for Joseph L. Barloon ; any dispositive motions due 1/22/08 for Richard Selden ; . [Entry Date: 12/5/07] (mam) |
| 1/4/08 | | ENTRY OF APPEARANCE filed by Attorney Joseph L. Barloon for Appellee Richard Selden [1091520-1] . (joet) |
| 1/8/08 | | INITIAL SUBMISSIONS filed by Appellee Richard Selden |

```
                        [1091917-1] : certificate of counsel. (joet)

1/17/08                 MOTION filed (5 copies) by Appellant FDA (certificate of
                        service dated 1/17/08, by mail) to dismiss case [1096064-1].
                        (lvs)

2/5/08                  CLERK'S ORDER filed [1097141] of appellant's motion to
                        dismiss appeal, it is  ORDERED that the motion be granted
                        [1096064-1], and this case is hereby dismissed.  The Clerk
                        is directed to transmit forthwith to the district court a
                        certified copy of this order in lieu of formal mandate
                        [1097141-1]. [Entry Date: 2/5/08] (lvs)

2/5/08                  MANDATE ISSUED to Clerk, District Court [1097191-1]. (lvs)

Docket as of February 7, 2008 1:09 am                    Page 4
```