UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>      v.<br><br>RICHARD F. SELDEN,<br><br>          Defendant. | Civil Action No.<br>05 CV 11805 NMG |

## NOTICE OF APPEARANCE OF RICHARD M. HARPER II

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Richard M. Harper II on behalf of the Plaintiff, Securities and Exchange Commission, in the above-captioned matter.

Respectfully submitted,

/s/ Richard M. Harper II
Richard M. Harper, II (BBO #634782)
  Senior Trial Counsel
33 Arch Street, 23rd Floor
Boston MA 02110
(617) 573-8900
(617) 573-4590 (facsimile)

## CERTIFICATE OF SERVICE

      I, Richard M. Harper II, hereby certify that on March 4, 2008, I caused a true copy of the foregoing document to be filed through the ECF system, and accordingly, the document will be sent electronically to all registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 4, 2008                          /s/ Richard M. Harper II
                                                       Richard M. Harper II