UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 05 CV 11805 NMG |
| RICHARD F. SELDEN, : | |
| : | |
| Defendant. : | |

_____:

# NOTICE OF APPEARANCE OF ROBERT B. BAKER

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Robert B. Baker on behalf of the Plaintiff, Securities and Exchange Commission, in the above-captioned matter.

Dated: March 4, 2008                    Respectfully submitted,

/s/ Robert B. Baker _____
Robert B. Baker (BBO #654023)
  Staff Attorney
33 Arch Street, 23rd Floor
Boston, MA 02110
(617) 573-8918
(617) 573-4590 (facsimile)

2

CERTIFICATE OF SERVICE

      I, Robert B. Baker, hereby certify that on March 4, 2008, I caused a true copy of the foregoing document to be filed through the ECF system, and accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 4, 2008　　　　　　　/s/ Robert B. Baker
　　　　　　　　　　　　　　　　　Robert B. Baker